1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CEDRIC GREENE,

11           Plaintiff,                    No. CIV S-05-1324 GEB GGH P

12       vs.

13   INMATE APPEALS BRANCH, et al.,

14           Defendants.               ORDER

15   _____/

16           Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or paid the

18   required filing fee ($250.00).  See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the

19   opportunity either to submit the appropriate affidavit in support of a request to proceed in forma

20   pauperis or to submit the appropriate filing fee.

21           In accordance with the above, IT IS HEREBY ORDERED that:

22           1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit

23   in support of his request to proceed in forma pauperis on the form provided by the Clerk of

24   Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the

25   dismissal of this action; and

26   /////

1

1    2.  The Clerk of the Court is directed to send plaintiff a new Application to

2   Proceed In Forma Pauperis By a Prisoner.

3   DATED:   8/5/05

4
                                              /s/ Gregory G. Hollows
5                                          _____
                                              GREGORY G. HOLLOWS
6                                             UNITED STATES MAGISTRATE JUDGE

7   GGH:bb
    gree1324.3a
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26