IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEDRIC GREENE,

    Plaintiff,                    No. CIV S-05-1324 GEB GGH P

    vs.

INMATE APPEALS BRANCH, et al.,    <u>ORDER</u> &

    Defendants.               <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        By order filed November 1, 2005, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. When the thirty day period expired with no response from plaintiff, this court recommended dismissal of this action by Findings and Recommendations filed on January 11, 2006. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

        Within the objection period, plaintiff filed objections and a belated amended complaint. The court will vacate the prior findings and recommendations; however, after screening the amended complaint, the court finds that plaintiff has not cured the defects of his original complaint as set forth in the November 1, 2005 Order, which order the court herein incorporates by reference. If anything, the claims are even more speculative and vague than those set forth in the original complaint.

\\\\\\

1

1      Liberality in granting a plaintiff leave to amend "is subject to the qualification that
2 the amendment not cause undue prejudice to the defendant, is not sought in bad faith, and is not
3 futile."  Thornton v. McClatchy Newspapers, Inc., 261 F.3d 789, 799 (9th Cir. 2001), quoting
4 Bowles v. Reade, 198 F.3d 752, 757 (9th Cir.1999).   In this case, it does not appear that plaintiff
5 is able to cure the defects of his allegations and to grant plaintiff further leave to amend would be
6 futile.  Therefore, the court will now recommend dismissal of this action for plaintiff's repeated
7 failure to state a claim upon which relief may be granted.
8      Accordingly, IT IS ORDERED that the Findings and Recommendations filed on
9 January 11, 2006 are vacated.
10      IT IS HEREBY RECOMMENDED that plaintiff's amended complaint be
11 dismissed for failure to state a claim.
12      These findings and recommendations are submitted to the United States District
13 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
14 days after being served with these findings and recommendations, plaintiff may file written
15 objections with the court and serve a copy on all parties.  Such a document should be captioned
16 "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that
17 failure to file objections within the specified time may waive the right to appeal the District
18 Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
19 DATED: 3/15/06

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

21 GGH:009
gree1324.ofr